December 13, 2017

<u>VIA ECF</u>

Hon. Michael J. Roemer
United States Magistrate Judge
2 Niagara Square
Buffalo, New York 14202

      Re:   United States v. Myszka, No. 1:17-mj-05112-MJR, Travel Request

Dear Magistrate Judge Roemer:

    As you are aware, we represent Kevin Myszka in the above matter.

    Kevin continues to satisfy all of the Court's conditions of release and remains dedicated to his recovery. Kevin wishes to seek the Court's permission to briefly travel to Florida with his parents from January 4th through January 8th. Prior to filing this letter, USPO Lillian Cullen consented to the travel.

    Thank you for your consideration. We are available at your convenience if the Court would like any additional information.

                        Respectfully,

                        /s *Terrence M. Connors*

                        Terrence M. Connors

cc: AUSA Brendan T. Cullinane
    USPO Lillian Cullen
        (*via* electronic mail)

Hon. Michael J. Roemer
Page 2


SO ORDERED this _____ day of December, 2017


_____
The Honorable Michael J. Roemer
United States Magistrate Judge