UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,



                                              ORDER

vs                                          1:18-CR-78(1)

KEVIN MYSZKA

                Defendant.

_____

The sum of $100,000.00 was deposited in the Registry of this Court on February 1, 2017, by Kenneth F. Myszka, the Surety herein, on behalf of the Defendant, Kevin Myszka, to secure his appearance before this Court and to answer to charges pending against him. Dkt. 9.

On June 18, 2018, the Defendant pled guilty before this Court to violation of Title 21, United States Code, Section 841(a)(1), and was sentenced, on June 30, 2025, to the custody of the Bureau of Prisons for a term of time served, followed by supervised release for a term of 3 years. The Defendant was also ordered to pay a $100.00 special penalty assessment which has not yet been paid.

**NOW**, upon request by Kenneth F. Myszka, the Surety herein, for refund of said cash bail and certification that original District Court receipt number BUF054008 was lost or misplaced, it is

**ORDERED**, that the Clerk of the Court is hereby directed close the Court Registry Investment System (CRIS) account and issue a check payable Kenneth F. Myszka in the amount of $100,000.00 plus interest less the statutory Registry Fee, representing the refund of said cash bail.

                                        **HON. RICHARD J. ARCARA**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: July 21, 2025
       Buffalo, New York